IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00155-WYD-KLM

GENNIE CHEEKS, and
GEORGENE CHEEKS,

    Plaintiffs,

v.

CAPITAL ONE AUTO FINANCE, INC.

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion for Telephonic Appearance** [#13][1] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 10.1(e), which requires all filings to be double spaced. The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on May 22, 2014 at 9:30 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated: May 19, 2014

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.